UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHARLES KENYATTA JR A.K.A.
CHARLIECEE,

                Plaintiff,

  -against-                                        25 CIVIL 2868 (KMW)

## JUDGMENT

THE CITY OF NEW YORK; NEW YORK CITY
DEPARTMENT OF PARKS AND
RECREATION; THE STATE OF NEW YORK,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 16, 2025, the Court dismisses without prejudice any claims Plaintiff seeks to bring on behalf of the Kenyatta Foundation. The Court dismisses Plaintiffs claims brought on his own behalf without prejudice for lack of standing, and therefore, for lack of subject matter jurisdiction. See Fed. R. Civ. P. 12(h)(3). The Clerk of Court is directed to terminate all pending motions. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

      July 18, 2025

                                                      **TAMMI M. HELLWIG**

                                                        **Clerk of Court**

                                  **BY:**

                                                        **Deputy Clerk**